1456

## MOTION DOCKET

**90–1452.** State v. Evans. *Cuyahoga County,* No. 54883. On motion for stay. Motion granted.

**91–1657.** State, ex rel. Fant, v. Flaherty. *Franklin County,* No. 90AP–1323. On submission of attorney fees and expenses of appellee, Robert Van Auken, Director. The submission of attorney fees and expenses is granted. On submission of attorney fees and expenses of Thomas J. Enright, Clerk. Thomas J. Enright is granted thirty days to resubmit his statement of attorney fees and expenses based on the hourly rate of pay of an assistant prosecuting attorney, using as a model the statement of attorney fees and expenses filed by the Attorney General in this cause on February 25, 1992.

**91–1785.** State, ex rel. Toledo Blade Co., v. Univ. of Toledo Found. In Mandamus. On motion for leave to file *amicus* of Cincinnati Enquirer, Inc. et al. Motion granted.

**91–1985.** Middleburg Hts. v. Ohio Bd. of Bldg. Standards. *Franklin County,* No. 90AP–1289. On motions for leave to file *amicus* of Ohio Association of Professional Fire Fighters and Northeast Ohio Fire Prevention Association et al. Motions granted.

**91–2000.** Williams v. Aetna Finance. *Hamilton County,* No. C–900663. On motion for leave to file *amicus* of Ohio Consumer Finance Association. Motion granted.
MOYER, C.J., dissents because the motion is filed out of rule.
On motion to strike *amicus* brief. Motion denied.
MOYER, C.J., SWEENEY and DOUGLAS, JJ., dissent.

**91–2099.** State, ex rel. Nelson, v. Fuerst. *Cuyahoga County,* No. 62021. On motion for leave to file *amicus* of Ohio Clerk of Courts Association instanter. Motion granted.

**91–2351.** Motorists Mut. Ins. Co. v. Andrews. *Sandusky County,* No. S–91–4. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers instanter. Motion granted.
MOYER, C.J., and WRIGHT, J., dissent because the motion is filed out of rule.
HOLMES, J., dissents.

**91–2449.** State, ex rel. Strittmatter, v. Ford. On motion for attorney fees. Motion granted.
HOLMES, J., would limit fees to $2,000.
On motion to strike. Motion denied.

**91–2575.** Bigler v. York Twp. Trustees. *Belmont County,* No. 91–B–10. On motion to consolidate with 92–53, *Bigler v. Twp. of York,* Belmont County, Nos. 91–B–9 and 91–B–10. Motion granted.
WRIGHT, J., not participating.

**92–30.** Belvedere Condominium Owners Assn. v. R.E. Roark Companies, Inc. *Hamilton County,* No. C–900581. On motion for leave to file *amicus* of Ohio Home Builders Assn. Motion granted.

**92–46.** State v. Bivens. *Licking County,* No. CA–3430. On motion for summary reversal and remand. Motion denied.